UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 24-CR-10325-DJC |
| v. | Violations: |
| CHRISTOPHER SHEERER, | Count One: Distribution of Child Pornography (18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)) |
| Defendant | Count Two: Possession of Child Pornography (18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)) |
| | Count Three: Sexual Exploitation of Children (18 U.S.C. §§ 2251(a) and (e)) |
| | Forfeiture Allegation: (18 U.S.C. § 2253) |

SUPERSEDING INFORMATION

COUNT ONE
Distribution of Child Pornography
(18 U.S.C. §§ 2252A(a)(2) and (b)(1))

The United States Attorney charges:

On various dates in June and July 2024, in the District of Massachusetts, and elsewhere, the defendant,

CHRISTOPHER SHEERER,

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

COUNT TWO
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

The United States Attorney further charges:

On or about July 18, 2024, in the District of Massachusetts, the defendant,

CHRISTOPHER SHEERER,

knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

COUNT THREE
Sexual Exploitation of Children
(18 U.S.C. §§ 2251(a) and (e))

The United States Attorney further charges:

From on or about June 11, 2023 through on or about July 9, 2023, in the Eastern District of Pennsylvania and elsewhere, the defendant,

CHRISTOPHER SHEERER,

employed, used, persuaded, induced, enticed, and coerced a minor, "Minor A" (YOB 2018), to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

3

## CHILD PORNOGRAPHY/CHILD EXPLOITATION FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

1.  Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 2251 and 2252A, set forth in Counts One through Three, the defendant,

CHRISTOPHER SHEERER,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.  The property to be forfeited includes, but is not limited to, the following:

    a.  Apple iPhone 15 Pro Max

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant–

    b.  cannot be located upon the exercise of due diligence;

    c.  has been transferred or sold to, or deposited with, a third party;

    d.  has been placed beyond the jurisdiction of the Court;

    e.  has been substantially diminished in value; or

    f.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

LEAH B. FOLEY<br>
UNITED STATES ATTORNEY

By: _____
JESSICA L. SOTO
ANNE PARUTI
ASSISTANT UNITED STATES ATTORNEYS

Dated: September 9, 2025