**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | | | |
|---|---|---|---|---|
| **Place of Offense:** | | Category No. II | Investigating Agency | HSI |
| **City** | Boston | | | |
| **County** | Suffolk | | | |

**Related Case Information:**
- Superseding Ind./ Inf.: 24-10325-DJC
- Case No.: 24-mj-8378-PGL
- Same Defendant: ___  New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: 24-8341-8343-PGL; 24-8364-8365-PGL
- R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 24-mj-8378-PGL  ✓ Yes  ☐ No

**Defendant Information:**
- Defendant Name: Christopher Sheerer
- Juvenile: ☐ Yes  ✓ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ✓ No
- Alias Name: ___
- Address: Wyatt
- Birth date (Yr only): 1988
- SSN (last 4#): 1397
- Sex: M
- Race: White
- Nationality: USA
- Defense Counsel if known: William Fick
- Address: 24 Federal St 4th floor, Boston, MA 02110
- Bar Number: ___

**U.S. Attorney Information**
- AUSA: Anne Paruti, Jessica Soto
- Bar Number if applicable: 670356, 683145

| | | |
|---|---|---|
| **Interpreter:** | ☐ Yes  ✓ No | List language and/or dialect: ___ |
| **Victims:** | ✓ Yes  ☐ No | If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ✓ Yes  ☐ No |
| **Matter to be SEALED:** | ☐ Yes  ✓ No | |

☐ Warrant Requested   ☐ Regular Process   ✓ In Custody

**Location Status:** ___

**Arrest Date:** 7/18/2024

✓ Already in Federal Custody as of 7/18/24 in Wyatt.
☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___  on ___

**Charging Document:** ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ✓ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09.11.25   Signature of AUSA: [signature]

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Sheerer

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(b)(5) | Posession of child pornography | 2 |
| Set 3 | 18 U.S.C. 2251(a), (e) | Sexual Exploitation of Children | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013